EDWARD C. REEVES ET AL., RESPONDENTS, v. STANDARD FIRE INSURANCE COMPANY OF NEW JERSEY, APPELLANT.

Submitted October 27, 1933—Decided January 5, 1934.

For the appellant, *Louis B. Levine.*

For the respondent, *John L. Heher.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—The Chancellor, Chief Justice, Trenchard, Parker, Lloyd, Case, Heher, Perskie, Van Buskirk, Kays, Hetfield, Dear, Wells, Dill, JJ.   14.

*For reversal*—None.